UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br> <br> VS. <br> <br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 5, 2004 |

## APPEARANCE

Please enter the undersigned's Appearance as additional counsel for the Plaintiffs in the above captioned matter.

BY /s/
Kevin E. Dehghani, Esq.
205 Church Street
Suite 438
New Haven, CT 06510
Telephone: 203-773-9513
Fed. Bar No.: ct17511

## ORDER

The Foregoing Motion having come before the Court, it is hereby ordered: GRANTED / DENIED.

BY THE COURT

_____
(         ) Judge / Magistrate / Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on January __6__, 2004, postage prepaid, to the following Counsel of record:

Donald P. Guerrini, Esq.
Law offices of Duborg & Farrell
200 Glastonbury Boulevard (#301)
Glastonbury, CT 06033

Terence S. Hawkins, Esq.
205 Church Street
Suite 204
New Haven, CT 06510

_____
Kevin E. Dehghani