FILED

2004 JAN -7 P 12: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br><br> VS. <br><br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 4, 2004 |

## MOTION FOR JUDGMENT OF DEFAULT

In accordance with F.R.C.P. 55, *et. seq.*, the Plaintiffs in the above captioned matter hereby move for a Judgment of Default against the defendants in the above captioned matter. In support of this Motion, the Undersigned respectfully represents as follows:

On or about July 3, 2003, the Plaintiffs filed a Motion to Amend Complaint, along with an Amended Compliant. On July 11, 2003, said Motion was granted by the Court, **(Hon. Donna Martinez, USMJ)**. Although the Amended Complaint was attached to the Motion, the Court's records show an entry date for the Complaint of September 17, 2003.

Under either filing date mentioned above, the Defendants have failed to file a timely answer and are in default of pleadings.

**WHEREFORE**, the Plaintiffs respectfully request that a Judgment of Default be entered against all Defendants in this case for their failure to plead.

The Plaintiffs

BY_____
Kevin E. Dehghani, Esq.
205 Church Street
Suite 438
New Haven, CT 06510
Telephone: 203-773-9513
Fed. Bar No.: ct17511

## ORDER

The Foregoing Motion having come before the Court, it is hereby ordered: GRANTED / DENIED.

BY THE COURT

_____
(         ) Judge / Magistrate / Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on January 6, 2004, postage prepaid, to the following Counsel of record:

Donald P. Guerrini, Esq.
Law offices of Duborg & Farrell
200 Glastonbury Boulevard (#301)
Glastonbury, CT 06033

Terence S. Hawkins, Esq.
205 Church Street
Suite 204
New Haven, CT 06510

_____
Kevin E. Dehghani