UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br> <br> VS. <br> <br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 6, 2004 |

## MOTION TO LIFT STAY OF BANKRUPTCY

On or about July 15, 2003, the Defendants OSI, Inc. ("OSI") and Gulf State Credit, LLC ("Gulf State") filed an Amended Suggestion of Bankruptcy with this Court based upon a bankruptcy filing in the United States Bankruptcy Court for the Eastern District of Missouri.

Upon filing of a Motion by the Plaintiffs, on October 30, 2003, the Honorable Barry S. Schermer of the United States Bankruptcy Court for the Eastern District of Missouri ordered that the automatic stay of bankruptcy under 11 USC § 362 be lifted as to both OSI and Gulf State, so that the Plaintiffs can pursue the instant action against them. A copy of the Plaintiff's Motion in that case is attached to this Motion as Exhibit

"A" and a Copy of the Judge Schermer's order in that regard is attached to this Motion as Exhibit "B".

**WHEREFORE**, the Plaintiffs' respectfully move that the automatic stay in this case be terminated so that the Plaintiffs can pursue their case against the Defendants OSI and Gulf State in accordance with the order of the Bankruptcy Court in Missouri.

The Plaintiffs

BY_____
Kevin E. Dehghani, Esq.
205 Church Street
Suite 438
New Haven, CT 06510
Telephone: 203-773-9513
Fed. Bar No.: ct17511

## ORDER

The Foregoing Motion having come before the Court, it is hereby ordered: GRANTED /

DENIED.

BY THE COURT

_____
(          ) Judge / Magistrate / Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on January __6__, 2004, postage prepaid, to the following Counsel of record:

Donald P. Guerrini, Esq.
Law offices of Duborg & Farrell
200 Glastonbury Boulevard (#301)
Glastonbury, CT 06033

Terence S. Hawkins, Esq.
205 Church Street
Suite 304
New Haven, CT 06510

_____
Kevin E. Dehghani

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 03-45870-399 |
| | ) | |
| UNION FINANCIAL SERVICES | ) | Jointly Administered Under Chapter 11 |
| GROUP, INC., et al. | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OSI OUTSOURCING SERVICES, INC., | ) | Case No. 03-46326-399 |
| | ) | |
| and | ) | |
| | ) | |
| GULF STATES CREDIT, L.L.C. | ) | Case No. 03-46332-399 |
| | ) | |
| | ) | |
| KEVIN DEHGHANI and | ) | **MOTION FOR RELIEF FROM** |
| FARZANEH DEHGHANI, | ) | **THE AUTOMATIC STAY** |
| | ) | |
| Movants, | ) | Motion No.: |
| | ) | |
| vs. | ) | Responses Due: October 20, 2003 |
| | ) | Hearing Date: October 27, 2003 |
| OSI OUTSOURCING SERVICES, INC. | ) | Hearing Time: 10:00 a.m. |
| | ) | Location: St. Louis, Missouri |
| and | ) | Courtroom 5-North |
| | ) | |
| GULF STATES CREDIT, L.L.C., | ) | |
| | ) | |
| Respondents. | ) | |

COMES NOW Kevin Dehghani and Farzaneh Dehghani ("Movants"), by and through their counsel, and pursuant to Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, respectfully state to the Court as follows:

1. OSI Outsourcing Services, Inc. ("OSI") and Gulf States Credot. L.L.C. ("Gulf States") ("collectively referred to as "Debtors") filed their Voluntary Petitions in Chapter 11

Bankruptcy on May 12, 2003 (the "Petition Date"). Said cases are currently jointly administered under lead case Union Financial Services Group, Inc. case no. 03-45870-399.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157 and 11 U.S.C. §362. This is a core proceeding.

3. Movants are residents of the State of Connecticut. When Movants attempted to refinance their home, they obtained credit reports which reflected collection activity by OSI and Gulf States.

4. Movants are Plaintiffs in a lawsuit filed in the United States District Court of the District of Connecticut, Civil Case No. 3:03 CV 00479 against Gulf States Credit, L.L.C. and OSI, Inc. a/k/a OSI Outsourcing Services, Inc. seeking damages under the following causes of action: Violation of the Fair Debt Collection Practices Act, Violation of the Connecticut Unfair Trade Practices Act, Defamation, Intentional and/or Negligent Infliction of Emotional Distress, Common Law Fraud, Fraud in the Inducement, Violation of 15 U.S.C. §1681(c)(a)(4) and Intentional Misrepresentation.

5. No further action has been taken against Debtors since notice of the bankruptcy.

6. Cause exists pursuant to 11 U.S.C. §362(d)(1) to grant Movants relief from the automatic stay in order to allow Movants to pursue their lawsuit against Debtors to judgment. Movants seek relief from the automatic stay in order to determine Debtors' liability.

7. Movants shall pursue their litigation to judgment but not attempt to collect against property of the bankruptcy estate.

WHEREFORE, Movants respectfully pray this Court enter its Order terminating and/or modifying the automatic stay of 11 U.S.C. §362 to allow Movants to pursue their civil action in

the United States District Court, District of Connecticut, Civil Case No. 3: 03 CV 00479, and for such other and further relief as this Court deems proper.

COPELAND THOMPSON FARRIS PC

*/s/ Robert E. Eggmann*

ROBERT E. EGGMANN #3044
MILLICENT A. DOHR #104053
231 S. Bemiston, Suite 1220
St. Louis, MO 63105
(314) 726-1900 (Telephone)
(314) 726-2361 (Facsimile)
eggmann@ctfpc.com
dohr@ctfpc.com
Attorneys for Movants

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via ECF electronic noticing or by first class U.S. mail, postage pre-paid, this 26th day of September, 2003 upon all parties as listed on Master Services List No. 9 dated September 17, 2003.

*/s/ Robert E. Eggmann*

3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 03-45870-399 |
| ) | |
| UNION FINANCIAL SERVICES ) | Jointly Administered Under Chapter 11 |
| GROUP, INC., et al. ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| OSI OUTSOURCING SERVICES, INC., ) | Case No. 03-46326-399 |
| ) | |
| and ) | |
| ) | |
| GULF STATES CREDIT, L.L.C. ) | Case No. 03-46332-399 |
| _____) | |
| ) | |
| ) | **NOTICE OF MOTION** |
| KEVIN DEHGHANI and ) | **FOR RELIEF FROM** |
| FARZANEH DEHGHANI, ) | **THE AUTOMATIC STAY** |
| ) | |
| Movants, ) | Motion No.: |
| ) | |
| vs. ) | Responses Due: October 20, 2003 |
| ) | Hearing Date: October 27, 2003 |
| OSI OUTSOURCING SERVICES, INC. ) | Hearing Time: 10:00 a.m. |
| ) | Location: St. Louis, Missouri |
| and ) | Courtroom 5-North |
| ) | |
| GULF STATES CREDIT, L.L.C., ) | |
| ) | |
| Respondents. ) | |

**PLEASE TAKE NOTICE** that upon the annexed motion of Kevin Dehghani and Farzaneh Dehghani seeking the termination of the automatic stay with respect to Debtors' pending litigation in Connecticut District Court, the undersigned will move before the Honorable Barry S. Schermer in the United States Bankruptcy Court, Courtroom 5-North, 111 South 10th Street, St. Louis, Missouri 63101 on October 27, 2003 at 10:00 a.m. a.m. or as soon thereafter as counsel can be heard for an order.

**WARNING:** Any response or objection must be filed with the Court by October 20, 2003. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.

COPELAND THOMPSON FARRIS PC

/s/ Robert E. Eggmann

ROBERT E. EGGMANN #3044
MILLICENT A. DOHR #104053
231 S. Bemiston, Suite 1220
St. Louis, MO  63105
(314) 726-1900  (Telephone)
(314) 726-2361  (Fax)
eggmann@ctfpc.com
dohr@ctfpc.com
Attorneys for Movants

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via ECF electronic noticing or by first class U.S. mail, postage pre-paid, this 26th day of September, 2003 upon all parties as listed on Master Notice List No. 9 dated September 17, 2003.

/s/ Robert E. Eggmann

# EXHIBIT "B"

<+>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 03-45870-399 |
| | ) | |
| UNION FINANCIAL SERVICES | ) | Jointly Administered Under Chapter 11 |
| GROUP, INC., et al. | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OSI OUTSOURCING SERVICES, INC., | ) | Case No. 03-46326-399 |
| and | ) | |
| GULF STATES CREDIT, L.L.C. | ) | Case No. 03-46332-399 |
| | ) | |
| KEVIN DEHGHANI and | ) | **ORDER GRANTING MOTION** |
| FARZANEH DEHGHANI, | ) | **FOR RELIEF FROM** |
| | ) | **THE AUTOMATIC STAY** |
| Movants, | ) | Motion No.: 948 |
| vs. | ) | |
| OSI OUTSOURCING SERVICES, INC. | ) | |
| and | ) | |
| GULF STATES CREDIT, L.L.C., | ) | |
| Respondents. | ) | |

Movants Kevin Dehghani and Farzaneh Dehghani having commenced a Motion seeking the termination of the automatic stay with respect to their pending litigation in the State of Connecticut, no objections having been filed and it appearing that Movants are entitled to the relief requested in the Motion, it is hereby:

ORDERED that said Motion be and is hereby granted and that Movants are authorized to pursue their civil action in the United States District Court, District of Connecticut against OSI Outsourcing Services, Inc. and Gulf States Credit, L.L.C., and that such purposes as the automatic stay of 11 U.S.C. §362 is hereby terminated.

No later than five (5) days business days after the date of this Order, Robert E. Eggmann is directed to serve a copy of the order on all parties and shall file a certificate of service no later then two (2) business days after service.

Date: 10-30-03

_____
HONORABLE BARRY S. SCHERMER
United States Bankruptcy Judge

Order Prepared By:
Millicent A. Dohr
Copeland Thompson Farris PC
231 S. Bemiston, Suite 1220
Clayton, MO 63105