UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN DEHGHANI, ET AL.,<br>     Plaintiffs | CIVIL NO.:<br>3:03 CV 00479 (RNC) |
| V. | |
| ASTA FUNDING, INC.; PALISADES<br>COLLECTION, LLC; GULF STATE<br>CREDIT, LLC; and OSI, Inc.<br>     Defendants | JANUARY 8, 2004 |

## ANSWER TO AMENDED COMPLAINT

### I. JURISDICTION AND VENUE

1. The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 1 of the Plaintiffs' Amended Complaint dated July 3, 2003, and therefore, leave the Plaintiffs to their proof.

2. The Defendants admit the allegations of Paragraph 2.

### II. PARTIES

1. The Defendants, are without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 1 and therefore, leave the Plaintiffs to their proof.

2.-5. The Defendants admit the allegations of Paragraphs 2 through 5.

## II. FACTS

1. The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 1 and therefore, leave the plaintiffs to their proof.

2. The Defendants deny the allegations of Paragraph 2.

3. The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 3 and therefore, leave the plaintiffs to their proof.

4. The Defendants deny the allegations of Paragraph 4.

5. The Defendants admit the allegations of Paragraph 5.

6.-12. The defendants deny the allegations of Paragraphs 6 through 12.

13.-14. The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 13 and 14 and therefore, leave the plaintiffs to their proof.

## FIRST CAUSE OF ACTION (FDCPA):

The allegations contained in the First Cause of Action are denied.

## SECOND CAUSE OF ACTION (CUTPA):

The allegations contained in Second Cause of Action are denied.

## THIRD CAUSE OF ACTION (DEFMATION):

The allegations contained in the Third Cause of Action are denied.

## FOURTH CAUSE OF ACTION (INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS:

The allegations contained in the Fourth Cause of Action are denied.

## FIFTH CAUSE OF ACTION (COMMON LAW FRAUD):

The allegations contained in the Fifth Cause of Action are denied.

## SIXTH CAUSE OF ACTION (FRAUD AND INDUCEMENT):

The allegations contained in the Sixth Cause of Action are denied.

## SEVENTH CAUSE OF ACTION (VIOLATION OF 15 U.S.C. SECTION 1681c(a)(4) "FCRA"):

The allegations contained in the Seventh Cause of Action are denied.

## EIGHTH CAUSE OF ACTION (INTENTIONAL MISREPRESENTATION):

The allegations contained in the Eighth Cause of Action are denied.

DEFENDANTS,

BY: _____
Donald P. Guerrini (ct11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Blvd.
Glastonbury, CT 06033
Tele:  860-633-4797
Fax:   860-633-0694

## CERTIFICATION

I hereby certify that a copy of the foregoing Objection was mailed on January 9, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Kevin E. Dehghani, Esq.
205 Church St., Suite 438
New Haven, CT 06510
Tel: 203-773-9513

Terrance S. Hawkins, Esquire
205 Church Street, Suite 304
New Haven, CT 06510
Tel: 203-498-6065

BY: _____
Donald P. Guerrini