UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN DEHGHANI, ET AL., <br>     Plaintiffs <br><br> V. <br><br> ASTA FUNDING, INC.; PALISADES COLLECTION, LLC; GULF STATE CREDIT, LLC; and OSI, Inc. <br>     Defendants | CIVIL NO.: <br> 3:03 CV 00479 (RNC) <br><br><br><br><br><br> JANUARY 8, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT**

On July 3, 2003, the Plaintiffs filed a Motion to Amend Complaint and Amended Complaint, which Motion was granted by the Court, (Hon. Donna Martinez, USMJ) on July 11, 2003.

On or about July 15, 2003, the Defendants OSI, Inc. and Gulf State Credit, LLC filed an Amended Suggestion of Bankruptcy with this Court based upon a bankruptcy filing in the United States Bankruptcy Court for the Eastern District of Missouri.

Plaintiffs thereafter, on or about September 26, 2003, filed a Motion to Lift Stay of Bankruptcy. Said Motion was granted by the Court ( Hon. Barry S. Schermer, U.S.B.J.), United States Bankruptcy Court, Eastern District of Missouri, Eastern Division, on October

30, 2003.

The undersigned objects to the plaintiff's motion for default for the reason the undersigned was not informed that the plaintiff's Motion To Lift Stay was granted until he received a copy of Plaintiffs' Motion To Lift Stay Of Bankruptcy dated January 6, 3004.  The undersigned received said Motion of January 7, 2004..

The undersigned further represents that an Answer to Plaintiffs' complaint will be filed on or about January 9, 2004.

                    DEFENDANTS,

BY: _____
Donald P. Guerrini  (ct11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Blvd.
Glastonbury, CT 06033
Tele:   860-633-4797
Fax:    860-633-0694

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing Objection was mailed on January ____, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Kevin E. Dehghani, Esq.
205 Church St., Suite 438
New Haven, CT 06510
Tel: 203-773-9513

Terrance S. Hawkins, Esquire
205 Church Street, Suite 304
New Haven, CT 06510
Tel: 203-498-6065

                                                                                                _____

                                                                                                Donald P. Guerrini