18

Construing the motion as a motion for entry of default pursuant to Fed.R.Civ.P 55(a), the motion is DENIED as moot. On January //, 2004, the defendants filed an answer to the amended complaint. See doc. #20. SO ORDERED.

Donna F. Martinez, U.S.M.J.
1/16/04

03CV479 Mot Jud

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br><br> VS. <br><br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC <br> )                        RKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 4, 2004 |

## MOTION FOR JUDGMENT OF DEFAULT

In accordance with F.R.C.P. 55, *et. seq.*, the Plaintiffs in the above captioned matter hereby move for a Judgment of Default against the defendants in the above captioned matter. In support of this Motion, the Undersigned respectfully represents as follows:

On or about July 3, 2003, the Plaintiffs filed a Motion to Amend Complaint, along with an Amended Compliant. On July 11, 2003, said Motion was granted by the Court, (**Hon. Donna Martinez, USMJ**). Although the Amended Complaint was attached to the Motion, the Court's records show an entry date for the Complaint of September 17, 2003.

Under either filing date mentioned above, the Defendants have failed to file a timely answer and are in default of pleadings.