19

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br><br> VS. <br><br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC  *RKW* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 6, 2004 |

## MOTION TO LIFT STAY OF BANKRUPTCY

On or about July 15, 2003, the Defendants OSI, Inc. ("OSI") and Gulf State Credit, LLC ("Gulf State") filed an Amended Suggestion of Bankruptcy with this Court based upon a bankruptcy filing in the United States Bankruptcy Court for the Eastern District of Missouri.

Upon filing of a Motion by the Plaintiffs, on October 30, 2003, the Honorable Barry S. Schermer of the United States Bankruptcy Court for the Eastern District of Missouri ordered that the automatic stay of bankruptcy under 11 USC § 362 be lifted as to both OSI and Gulf State, so that the Plaintiffs can pursue the instant action against them. A copy of the Plaintiff's Motion in that case is attached to this Motion as Exhibit

*GRANTED. So ordered. 1/16/04.*