UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN DEHGHANI and ) <br> FARZANEH DEHGHANI ) <br> on behalf of themselves and ) <br> all others similarly situated ) <br> ) <br> VS. ) <br> ) <br> ASTA FUNDING, INC. ) <br> PALISADES COLLECTION, LLC ) <br> GULF STATE CREDIT, LLC ) <br> and OSI, Inc. ) <br> _____ ) | **CIVIL NO.: 303 CV 00479 RNC** <br><br><br> January 23, 2004 |

## RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ .P. 26(f), a meeting was held on January 23, 2004 at

   New Haven, Connecticut and was attended by:

Kevin E. Dehghani, Esq. for Plaintiffs

Donald P. Guerrini, Esq. for defendant (s)

2. **Pre-discovery Disclosure.** The parties will exchange by March 30, 2004 the

information required by Fed.R.Civ.P. 26 (a) (1), Local Rule 26.

3. **Discovery Plan.**  The parties jointly propose to the court the following

discovery plan:

      A.    Discovery well be needed on the following subjects:

      1.    Defendant's relationship with one another;

    2.    Defendants' internal procedures for reporting accounts to credit reporting bureaus;

    3.    Circumstances around the Defendants' receipt / purchase and or acquisition of Plaintiffs' accounts with them;

    4.    All other information maintained by the Defendants in relation to the Plaintiffs.

    5.    The frequency in which the Defendants in conduct which are factually similar to the ones complained about in this action and the volume and number of accounts that they currently possess (to show pattern of conduct).

    6.    Plaintiffs' damages.

All discovery commenced in time to be completed by January 1, 2005

Maximum of 50 interrogatories by each party to any other party. Responses will be due 45 days after service.

Maximum 30 of the requests for admission be each party to any other party. Responses will be due 30 day after service.

Maximum of 10 depositions by plaintiff (s) and 4 by defendants (s). The Defendants are not in agreement with the Plaintiffs' requested number of depositions because they deem it to be excessive. The Plaintiffs are seeking this number of depositions because there are 4 defendant companies involved in this lawsuit, where at least one representative will be deposed. They will probably be other employees

and staff of the Defendants who need to be deposed, along with any number of experts and other possible witnesses. That is why the Plaintiffs are seeking 10 depositions. Each deposition limited to maximum of 2.5 hours unless extended by agreement of parties.

Reports form retained experts under Rule 26 (a) (2) due:

    from plaintiff(s) by July 30, 2004.

    from defendants(s) by August 30, 2004

Supplementations under Rule 26 (e) due September 30, 2004.

**4. Other Items** The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference In September, 2004.

Plaintiff (s) should be allowed until July 1, 2004 to join additional parties an until August 1, 2004 to amend the pleadings.

Defendants (s) should be allowed until August 1, 2004 to join additional parties and until September 1, 2004 to amend the pleadings.

All potentially dispositive motions should be filed by March 1, 2004, except that Summary Judgment Motions can be filed no later than 30 days following the discovery deadline of January 1, 2005.

Settlement is unlikely, but can be revaluated prior to trial.

Final lists witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiffs 30 days prior to trial.

from defendants 30 days prior to trial.

Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by January 30, 2005, and at this time is expected to take approximately one week.

Motions for class action status to be filed no later than August 30, 2004.

For the Plaintiffs:

_____
Kevin E. Dehghani, Esq.

_____
Terence S. Hawkins, Esq.

For the Defendants:

_____
Donald P. Guerrini, Esq.

Approved by the Court on _____ day of _____, 2004.

BY:

_____
Hon.                              USDJ / USMJ