22

2004 JAN 16 P 2: 10

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN E. DEHGHAI & | ) |
| FARZANEH DEHGHANI | ) |
| on behalf of themselves and all others | ) |
| similarly situated | )CIVIL NUMBER: 303CV00479 RNC |
| | ) _RKW_ |
| VS. | ) |
| | ) |
| ASTA FUNDING, INC. | ) |
| PALISADES COLLECTION, LLC | ) |
| GULF STATE CREDIT, LLC | ) |
| AND OSI, INC. | ) |
| | ) January 14, 2004 |

### MOTION FOR REIMBURSEMENT OF COSTS OF SERVICE
### AND FOR COUNSEL FEES

Pursuant to Fed.R.Civ.P. 4(d)(5), the Plaintiffs in the above captioned matter

hereby move for an order of the Court directing the Defendants Asta Funding, Inc. and

Palisades Collection, LLC to reimburse the Plaintiffs for the costs of service of summons

upon said Defendants, along with reasonable attorney's fees associated with the filing of

this Motion. In support of this Motion, the Undersigned respectfully represents as

follows:

These proceedings were commenced on March 19, 2003. On March 28, 2003, the

Plaintiff mailed a Notice of Lawsuit and Request for Waiver f Summons to the

Defendants Palisades Collection, LLC (Palisades) and Asta Funding, Inc. (Asta) by

mailing the same to their last appointed Agent for Service, which were Corporation