FILED

2004 MAR -2  P 1: 18

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN DEHGHANI, et ux., etc.   :

      Plaintiffs,   :   CASE NO. 3:03 CV00479 (RNC)

v.   :

ASTA FUNDING, INC., et al.   :

      Defendants.   :

                                March 1, 2004

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.P 12(b)(6), defendants Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., by and through counsel, hereby move the court for an order dismissing the complaint because plaintiffs have failed to state a claim upon which relief may be granted.

On July 3, 2003, plaintiffs filed an eight-count amended complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Connecticut Unfair Trade Practices Act, Conn. Gen. Stats. § 42-110b; defamation; intentional infliction of emotional distress; common law fraud; fraud in the inducement; violation of 15 U.S.C. §

LAW OFFICES OF BRIAN J. FARRELL, JR.
200 GLASTONBURY BOULEVARD • SUITE 301 • GLASTONBURY, CONNECTICUT 06033 • TEL. (860) 633-4797 • FAX (860) 633-0694 • JURIS NO. 421229

1681c(a)(4) ("FCRA"); and intentional misrepresentation, respectively, in falsely reporting to various credit reporting agencies a debt owed by plaintiffs to A T & T, and in fraudulently attempting to collect uncollectible debts. In addition, plaintiffs allege that defendants intentionally reported the same debts a number of times on the plaintiffs' credit report by altering the account numbers.

The complaint should be dismissed because the defendants have never reported a debt owed by plaintiffs to any credit reporting agency.

In support of this motion, the defendants file simultaneously herewith a memorandum of law and append thereto the supporting affidavit of Sam Shannon of OSI, Inc.

DEFENDANTS

By: _____
DONALD P. GUERRINI
Their Attorney
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard, Ste. 301
Glastonbury, CT  06033
TEL: (860) 633-4797
FAX: (860) 633-0694
Fed. Bar. #CT 11626

- 2 -

## CERTIFICATION

I hereby certify a copy of the foregoing was mailed on even date to all counsel and pro se parties of record, to wit:

Terrance S. Hawkins, Esq.  
205 Church St., # 304  
New Haven, CT  06510

Kevin E. Dehghani, Esq.  
205 Church St., #438  
New Haven, CT  06510

_____  
Donald P. Guerrini

DPGaw/CTRH-06551

LAW OFFICES OF BRIAN J. FARRELL, JR. • 200 GLASTONBURY BOULEVARD • SUITE 301 • GLASTONBURY, CONNECTICUT 06033 • TEL. (860) 633-4797 • FAX (860) 633-0694 • JURIS NO. 421229