FILED

2004 MAR -2  P 1: 19

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KEVIN DEHGHANI, et ux., etc. | : |
| Plaintiffs, | : CASE NO. 3:03 CV00479 (RNC) |
| v. | : |
| ASTA FUNDING, INC., et al. | : |
| Defendants. | : |
| | March 1, 2004 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

Defendants Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., by and through counsel, hereby submit the following memorandum of law in support of their motion to dismiss.

**Standard:**

In ruling on a motion to dismiss for failure to state a claim upon which relief may be granted, the court is required to accept as true all factual allegations in the complaint. *See Hall v. United Technologies Corp.*, 872 F.Supp. 1094, 1096 (D. Conn. 1995); *DiPietro-Kay Corp. v. Interactive Benefits Corp.*, 825 F.Supp. 459, 460 (D. Conn. 1993). The court must also indulge every reasonable inference in favor of the non-moving party. *Hall, supra,* at

1096. However, the court must also eschew ". . . any reliance on bald assertions, unsupportable conclusions, and 'opprobrious epithets'" *Lindner Dividend Fund, Inc. v. Ernst & Young*, 880 F.Supp. 49, 53 (D. Mass. 1995) (quoting *Chongris v. Board of Appeals*, 811 F.2d 36, 37 (1st Cir. 1987), *cert. denied*, 483 U.S. 1021 (1987).

A motion to dismiss must be granted where no set of facts consistent with the allegations of the complaint could be proven that would entitle the non-movant to relief. *DiPietro, supra,* at 460; *Companies for Fair Allocation v. Axil Corp.*, 853 F.Supp. 575, 576-77 (D. Conn. 1994). The issue on a motion to dismiss is not whether the plaintiff will prevail but whether the plaintiff is entitled to offer evidence to support his or her claims. *Hall, supra,* at 1096 (quoting *United States v. Yale New Haven Hospital* 727 F.Supp. 784, 786 (D. Conn. 1990).

**Facts and Procedural History:**

The gist of plaintiffs Kevin Dehghani and Farzaneh Dehghani's complaint is that defendants are debt collectors within the meaning of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"), and that as such, defendants violated the FDCPA in fraudulently attempting to collect a debt

from plaintiffs that they knew was uncollectible, by falsely reporting old debts of plaintiffs in an attempt to pressure plaintiffs to settle stale claims, and in fraudulently altering account numbers and reporting the same debt numerous times to various reporting agencies. Based on these allegations, all of which defendants deny, plaintiffs allege violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Connecticut Unfair Trade Practices Act, Conn. Gen. Stats. § 42-110b; defamation; intentional infliction of emotional distress; common law fraud; fraud in the inducement; violation of 15 U.S.C. § 1681c(a)(4) ("FCRA"); and intentional misrepresentation. Plaintiffs also claim that they were damaged in being compelled to pay a higher rate of interest and increased closing costs in connection with refinancing their home due to the adverse credit reports.

**Discussion:**

After defendants became aware of plaintiffs' claims they obtained reports from the only credit reporting agencies that defendants report to, i.e., Experian, Trans Union, and Equifax, and all three reports confirmed that no report had been filed by any of the defendants on any debt owed by Kevin or Farzaneh Dheghani. A copy of the Experian report is attached hereto and designated Ex.

- 3 -

"1." It should be noted that plaintiffs have not produced the subject credit reports nor, in fact, any documentary proof in support of their claims.

**Conclusion:**

Because plaintiffs have failed to state a claim on which relief may be granted, the complaint should be dismissed.

DEFENDANTS

By: _____
DONALD P. GUERRINI
Their Attorney
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard, Ste. 301
Glastonbury, CT 06033
TEL: (860) 633-4797
FAX: (860) 633-0694
Fed. Bar. #CT 11626

## CERTIFICATION

I hereby certify a copy of the foregoing was mailed on even date to all counsel and pro se parties of record, to wit:

Terrance S. Hawkins, Esq.  
205 Church St., # 304  
New Haven, CT  06510

Kevin E. Dehghani, Esq.  
205 Church St., #438  
New Haven, CT  06510

_____  
Donald P. Guerrini

DPGaw/CTRH-06551

LAW OFFICES OF BRIAN J. FARRELL, JR. • 200 GLASTONBURY BOULEVARD • SUITE 301 • GLASTONBURY, CONNECTICUT 06033 • TEL. (860) 633-4797 • FAX (860) 633-0694 • JURIS NO. 421229