FILED

2004 MAR -2  P 1: 19

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KEVIN DEHGHANI, et ux., etc.      :

        Plaintiffs,      :      CASE NO. 3:03 CV00479 (RNC)

v.      :

ASTA FUNDING, INC., et al.      :

        Defendants.      :

                      JANUARY 15, 2004

_____/

## AFFIDAVIT OF SAM SHANNON

I, Sam Shannon, hereby attest and aver as follows:

1.  I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2.  At all times material I was employed as the Manager of Compliance by OSI Portfolio Services, owner of Gulf State Credit and servicer of Palisade Collection, LLC, defendants in the above-captioned litigation, and offer this affidavit in support of the foregoing motion to dismiss.

3.  The statements in this affidavit are made on my personal knowledge and I am competent to testify as to all matters stated herein.

4.  On October 6, 2003, I obtained a Bulls-Eye Report from Experian,

a true and correct copy of which is attached to the foregoing motion to dismiss and designated Ex. "1."

5.  The said Bulls-Eye Report confirms the fact that defendants Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., have not reported any information regarding Kevin Dehghani or Farzaneh Dehghani.

6.  On October 6, 2003, I obtained a Glance Report from Trans Union, which report confirms the fact that defendants Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., have not reported any information regarding Kevin Dehghani or Farzaneh Dehghani.

7.  On October 6, 2003, I obtained a Trade View from Equifax, which report confirms the fact that defendants Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., have not reported any information regarding Kevin Dehghani or Farzaneh Dehghani.

8.  Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., do not report to any other credit bureaus.

9.  Asta Funding, Inc., Palisades Collection, LLC, Gulf State Credit, LLC, and OSI, Inc., has never reported any information regarding plaintiffs

Kevin Dehghani or Farzaneh Dehghani to any credit bureau or to any other entity.

I have read the foregoing motion to dismiss and the facts contained therein are true and correct to the best of my knowledge and belief.

Further affiant saith naught.

_____
Sam Shannon, Affiant

Notary Public, Gwinnett County, Georgia
My Commission Expires April 21, 2006.

Sworn to and subscribed before me
on the 15th day of January, 2004.

_____
Notary Public/Commissioner of
the Superior Court

**EXHIBIT "1"**

# experian

# Subscriber Services

**Your Results**

**Bullseye**                                                                                          Printer-Friendly Forms

```
Inquiry:
  Dehghani,Kevin 589368356;CA-200 Glastonbury Blvd/Glastonbury CT 06033;H-N;Q-EC:
CDS02003100710471504CICSCSTGICDS0000000


PAGE 1    DATE 10-07-2003   TIME 10:47:14   V601   TCTB

KEVIN E DEHGHANI                    SS: 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
*59 HOME PL                         SP: FARZANEH
NEW HAVEN CT 065182312

NO RECORD FOUND FOR ACCOUNT NUMBER
*********************************************************************

CHECK ONE BELOW:

___ REMOVE ALL ACCOUNT DATA

___ MAKE THE FOLLOWING REQUESTED CHANGE:

*TYPE-       *TERM-      *ECOA-       *DATE/OPEN-    *BAL/DATE-

*LAST/PAY-               *1ST/AMT/TYPE-    *BALANCE-         *MONTH/PAY-

*2ND/AMT/TYPE-           *PYMT LEVEL/DATE- *$PASTDUE-        *PYMT/STATUS-

*COM-       *DELETE REMARK- YES/NO       *CHANGE REMARK-

BUREAU:  R1    R2     R3     R4     R5    R6    R7    R8    R9

         I1    I2     I3     I4     I5    I6    I7    I8    I9
*********************************************************************

IMPORTANT:   UPDATE YOUR INTERNAL SYSTEM TO REFLECT REQUESTED CHANGE(S)

* THIS REPORT IS FOR DATA CORRECTION USE ONLY-RETURN FOR CORRECTION

* SUBCODES: EXPERIAN_____/EQUIFAX_____/T.U._____

* AUTHORIZED SIGNATURE HERE _____ DATE _____

END -- EXPERIAN BULLSEYE
```

Experian.com | Privacy | Legal terms | FAQ | Contact us | Logout
© Experian 2003. All rights reserved.
Experian and the Experian marks herein are service marks or registered trademarks of Experian.

10/7/03

https://ss1.experian.com/icds20/entry.do