**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KEVIN DEHGHANI, ET AL | : | |
| Plaintiffs | : | CIVIL NO.: |
| | : | 3:03 CV 00479 (RNC) |
| V | : | |
| | : | |
| ASTA FUNDING, INC.,et al. | : | SEPTEMBER 8, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW**
**DEFENDANTS' MOTION TO DISMISS**

TO THE CLERK:

The Defendants move the court to allow the withdrawal of Defendant's Motion to Dismiss dated March 1, 2004. The undersigned represents that the parties, through their attorneys have agreed that the Defendants' Motion is to be withdrawn with the courts' permission.

Dated at Glastonbury, Connecticut, this 16th day of March, 2004.

DEFENDANTS

BY_____
Donald P. Guerrini     (CT 11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard (#301)
Glastonbury CT 06033
TEL: 860/633-4797/FAX:  860/633-0694

**CERTIFICATION**

  I hereby certify a copy of the foregoing **Motion to Withdraw Defendants Motion to Dismiss** was mailed on March 16, 2004, postage prepaid, to all counsel and pro se parties of record as of said date:

Terrance S. Hawkins, Esq.     Kevin E. Dehghani, Esq.
205 Church St., # 304      205 Church St., #438
New Haven, CT  06510      New Haven, CT  06510


BY: _____
Donald P. Guerrini  (CT 11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard (# 301)
Glastonbury CT 06033
Tel: 860/633-4797
Fax: 860/633-0694