30

FILED

2004 MAR 17 P 12:09

DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

***********************************************************

KEVIN DEHGHANI, ET AL
    Plaintiffs                 :    CIVIL NO.:
                                          :    3:03 CV 00479 (RNC)
V                                       :
                                          :
ASTA FUNDING, INC.,et al.     :    MARCH 16, 2004

***********************************************************

## MOTION TO WITHDRAW
## DEFENDANTS' MOTION TO DISMISS

TO THE CLERK:

    The Defendants move the court to allow the withdrawal of Defendant's Motion to Dismiss dated March 1, 2004. The undersigned represents that the parties, through their attorneys have agreed that the Defendants' Motion is to be withdrawn with the courts' permission.

    Dated at Glastonbury, Connecticut, this 16th day of March, 2004.

                                            DEFENDANTS

                                            BY_____
                                            Donald P. Guerrini   (CT 11626)
                                            Law Offices of Brian J. Farrell, Jr.
                                            200 Glastonbury Boulevard (#301)
                                            Glastonbury CT 06033
                                            TEL: 860/633-4797/FAX:   860/633-0694

March 24, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.