## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

KEVIN E. DEHGHAI &                    )
FARZANEH DEHGHANI                     )
on behalf of themselves and all others )
similarly situated                    ) CIVIL NUMBER: 303CV00479 RNC
                                      )
        VS.                           )
                                      )
ASTA FUNDING, INC.                    )
PALISADES COLLECTION, LLC             )
GULF STATE CREDIT, LLC                )
AND OSI, INC.                         )
_____) April 12, 2004


### MOTION FOR CONTEMPT

The Plaintiffs in the above captioned matter hereby move for an order of

Contempt to be entered against the Defendants Asta Funding, Inc. ("Asta") and Palisades

Collection, LLC ("Palisades").  In support of this Motion, the undersigned respectfully

represents as follows:

On January 16, 2004, the Plaintiffs filed a Motion for Reimbursement of Costs of

Service and for Counsel Fees, asking the Court to issue an order against Asta and

Palisades for the costs of service of process and also the counsel fees incurred in filing

that Motion.  The Court (**Martinez, USMJ**) granted the Plaintiff's Motion on

02/12/2004.

Evaluation notes were added to the output document. To get rid of these notes, please order your copy of ePrint IV now.

Despite the Court's order of payment, the Defendants Asta and Palisades remain in willful non-compliance with said orders, and have so far failed to reimburse the Plaintiff as ordered by the Court. Subsequent to the Court's issuance of its orders, the Plaintiffs made two written requests to the Defendants' counsel for payment, but to no avail. Copies of the two letters addressed to the Defendants' counsel, one dated February 23, 2004, and the other dated March 4, 2004 are collectively attached as Exhibit "A".

Evaluation notes were added to the output document. To get rid of these notes, please order your copy of ePrint IV now.

*WHEREFORE*, the Plaintiffs pray for the following:

1.    An order of the Court holding the Defendants Asta and Palisades in Contempt

of the Court.

2.    An order of immediate payment of the outstanding costs and fees to the

Plaintiffs.

3.    Costs of this Motion, including reasonable attorney's fees.

4.    Any other order that the Court deems just and proper.


The Plaintiffs



BY_____
         Kevin E. Dehghani, Esq.
         205 Church Street
         Suite 438
         New Haven, CT 06510
         Telephone: 203-773-9513
         Fed. Bar No.: ct17511

Evaluation notes were added to the output document. To get rid of these notes, please order your copy of ePrint IV now.

## ORDER

The Foregoing Motion having come before the Court, it is hereby ordered:
GRANTED / DENIED.


BY THE COURT


_____
(                   ) Judge / Magistrate / Clerk


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on April \_\_\_\_, 2004,

postage prepaid, to the following Counsel of record:

Donald P. Guerrini, Esq.
Law offices of Duborg & Farrell
200 Glastonbury Boulevard (#301)
Glastonbury, CT 06033

Terence S. Hawkins, Esq.
205 Church Street
Suite 304
New Haven, CT 06510


_____
Kevin E. Dehghani

Evaluation notes were added to the output document. To get rid of these notes, please order your copy of ePrint IV now.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

KEVIN E. DEHGHAI &    )
FARZANEH DEHGHANI    )
on behalf of themselves and all others    )
similarly situated    ) CIVIL NUMBER: 303CV00479 RNC
    )
    VS.    )
    )
ASTA FUNDING, INC.    )
PALISADES COLLECTION, LLC    )
GULF STATE CREDIT, LLC    )
AND OSI, INC.    )
_____) April 12, 2004

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs have manually filed the following document:

Exhibit attached to Motion for Contempt.

This document was manually filed because its electronic version had been deleted

from the Plaintiffs' computer databank.

The document has been manually served on all parties.

The Plaintiffs

BY_____
    Kevin E. Dehghani, Esq.
    205 Church Street
    Suite 438
    New Haven, CT 06510
    Telephone: 203-773-9513
    Fed. Bar No.: ct17511

Evaluation notes were added to the output document. To get rid of these notes, please order your copy of ePrint IV now.