UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 3: 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KEVIN E. DEHGHAI & <br> FARZANEH DEHGHANI <br> on behalf of themselves and all others <br> similarly situated <br><br> VS. <br><br> ASTA FUNDING, INC. <br> PALISADES COLLECTION, LLC <br> GULF STATE CREDIT, LLC <br> AND OSI, INC. | ) <br> ) <br> ) <br> ) CIVIL NUMBER: 303CV00479 RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) April 12, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs have manually filed the following document:

Exhibit attached to Motion for Contempt.

This document was manually filed because its electronic version had been deleted from the Plaintiffs' computer databank.

The document has been manually served on all parties.

The Plaintiffs

BY _____
Kevin E. Dehghani, Esq.
205 Church Street
Suite 438
New Haven, CT 06510
Telephone: 203-773-9513
Fed. Bar No.: ct17511