UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

```
***************************************************
KEVIN DEHGHANI, ET AL           :
        Plaintiffs               :
                                 :
V.                               :
                                 :
ASTA FUNDING, INC., et al.       :
***************************************************
```

2004 JUL 13  A 11: 26

DISTRICT COURT

CIVIL NO.
3:03 CV 00479 (RNC).

June 30, 2004

## STIPULATION FOR DISMISSAL OF ACTION

Plaintiffs and defendants, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be and is voluntarily dismissed, without prejudice.

Dated : 7/1/04

PLAINTIFFS:
BY
~~Terrance S. Hawkins, Esq.~~ Kevin E. Dehghani
205 Church St., # 304
New Haven, CT 06510
Telephone: 203-498-6065
Fed Bar. No: ~~CT 00257~~ CT 17511

Dated : June 30, 2004

DEFENDANTS:
BY
Donald P. Guerrini     (CT 11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard (#301)
Glastonbury CT 06033
TEL: 860/633-4797/FAX:  860/633-0694