#38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2004 JUL 13  A 11: 26

KEVIN DEHGHANI, ET A'
  Plaintiffs

CIVIL NO.:
3:03 CV 00479 (RNC)

V.

ASTA FUNDING, INC., et al.

June 30, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION FOR DISMISSAL OF ACTION

Plaintiffs and defendants, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be and is voluntarily dismissed, without prejudice.

Dated : 7/1/04

PLAINTIFFS:
BY _____
~~Terrance S. Hawkins, Esq.~~ Kevin E. Dehghani
205 Church St., # 304
New Haven, CT 06510
Telephone: 203-498-6065
Fed Bar No: ~~CT 00257~~ CT 17511

Dated : June 30, 2004

DEFENDANTS:
BY _____
Donald P. Guerrini    (CT 11626)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard (#301)
Glastonbury CT 06033
TEL: 860/633-4797/FAX: 860/633-0694

So ordered. Robert N. Chatigny, U.S.D.J.

Approved. July 20, 2004.

2004 JUL 20